UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES V. SWINNIE,             )
                              )
     Plaintiff,               )
                              )
vs.                           )         Case No. 8:18-cv-407-T-23AAS
                              )
NANCY A. BERRYHILL,           )
Acting Commissioner of Social Security, )
                              )
     Defendant.               )

DEFENDANT'S CONTESTED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD THROUGH OCTOBER 17, 2018

The defendant respectfully moves this Court to grant an extension of time of thirty (30) days from September 17, 2018, up to and including October 17, 2018, within which to Answer or otherwise Plead.

CERTIFICATE PURSUANT TO LOCAL RULE 3.01(g)

Pursuant to the requirements of Local Rule 3.01(g), the office of defense counsel has been unable to reach Plaintiff regarding this motion. In an abundance of caution, this motion is being filed as opposed. Plaintiff has not provided a phone number or email address and in violation of Middle District of Florida Rule 1.05(d). Pursuant to the Local Rules, upon contacting Plaintiff, the undersigned will file a Notice with the Court updating the 3.01 certification.

## MEMORANDUM OF LAW

This motion is filed pursuant to Fed. R. Civ. P. 6(b). This enlargement is requested to allow the Defendant extra time to complete Defendant's response to the complaint due to support staff being out of the office of the United States Attorneys Office of the Middle District of Florida. It is respectfully suggested that good cause has been demonstrated for the requested extension of time.

WHEREFORE, defendant prays the court grant the instant Opposed Motion for Extension of Time.

                                    Respectfully submitted,

                                    MARIA CHAPA LOPEZ
                                  United States Attorney

By:               *s/ John F. Rudy, III*
                                  JOHN F. RUDY, III
                                  Assistant United States Attorney
                                  Florida Bar No. 0136700
                                  400 North Tampa Street, Suite 3200
                                  Tampa, Florida 33602
                                  Telephone:    (813) 274-6072
                                  Facsimile:    (813) 274-6247
                                  Email: John.Rudy@usdoj.gov

Of Counsel for the Defendant:
Christopher Harris, Regional Chief Counsel
John C. Stoner, Acting Deputy Regional Chief Counsel
Megan Gideon, Branch Chief
Jeffrey Wilson, Assistant Regional Counsel
Social Security Administration
Office of the General Counsel
Atlanta Federal Center
61 Forsyth Street, S.W. Suite 20T45
Atlanta, GA 30303
Email: Jeff.Wilson@ssa.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2018, a copy of the foregoing has been furnished by United States Mail to the following:

>James V. Swinnie, Pro Se
>8007 Moccasin Tr Dr
>Riverview, FL 33578

*s/ John F. Rudy, III*
JOHN F. RUDY, III
Assistant United States Attorney