FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

2018 SEP 18  PM 12: 45

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

James V. Swinnie
　　Plaintiff,

v.

Case No: 8:18-cv-407-T23AAS

　　Defendants.
Social Security

James V. Swinnie
Plaintiff

VS.

Case No 8:18-cv-407-T-23AAS

Social Security
Defendant

Motion To Deny Defendant Extension

I request that the court deny defendant extension because this case was filed over a year ago. The Commissioner have had to much time to perpare for this case. I respectfully ask the court take note some of the Commissioner staff is under subpoena's for Case No 17-CA-010640 and she my be trying to get them out of the subpoena. They have been serviced. I cannot control the mail but when the send me something I should get it. Having a phone number for me will do them no good. I will not talk about this case on the phone.

I ask that you deny the Extension and set my case for trial.

James V. Swinnie
8007 Moccasin Tr Dr
Riverview Fl 33578